# In the United States Court of Federal Claims

No. 19-1766C
(Filed: February 3, 2021)

|  |  |
|---|---|
| **AMIR HEKMATI,** | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) |
|  | ) |
| **UNITED STATES,** | ) |
|  | ) |
| *Defendant.* | ) |

## ORDER

On February 2, 2021 the defendant filed an unopposed motion to amend the briefing schedule for dispositive cross-motions (ECF 32). For good cause shown, the motion is **GRANTED**, and the Court adopts the following proposed schedule:

**March 3, 2021** -- the parties shall file dispositive cross-motions

**March 31, 2021** -- the parties shall file their responsive briefs

**April 14, 2021** -- the parties shall file their reply briefs

Upon the completion of briefing, the Court will determine whether oral argument will aid in the resolution of the motions and, if so, will schedule oral argument at a time convenient to both parties.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**