# In the United States Court of Federal Claims

No. 19-1766C
(Filed: March 4, 2021)

|  |  |
|---|---|
| **AMIR HEKMATI,** | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) |
|  | ) |
| **UNITED STATES,** | ) |
|  | ) |
| *Defendant.* | ) |

## ORDER

The defendant has filed a motion (ECF 35) for leave to file the appendix to its motion to dismiss or, in the alternative, for summary judgment (ECF 34) under seal. The defendant represents that the motion reflects a request by the plaintiff.

For good cause shown, the motion is **GRANTED in part**. No later than **March 12, 2021** the defendant shall file on the open record the appendix to its motion, except that it shall file under seal any portions of the appendix that the plaintiff and the defendant jointly identify as containing information that is sensitive and has previously been submitted to a court or administrative tribunal under seal.

Either party may seek leave to clarify or amend this Order by motion filed by **March 11, 2021**.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**