IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMIR HEKMATI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-1766C |
| | ) | (Judge Hertling) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING THE APPENDIX TO ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Court's March 4, 2021 Order (ECF No. 37), defendant, the United States, provides notice of filing the appendix to defendant's motion to dismiss or, in the alternative, motion for summary judgment (ECF No. 34).

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Deputy Director

s/ Shari A. Rose
SHARI A. ROSE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-1265
Facsimile: (202) 514-8640
E-mail: Shari.Rose@usdoj.gov

Dated March 12, 2021              *Attorneys for Defendant*