# In the United States Court of Federal Claims

Amir Hekmati

**Plaintiff(s),**

v.

**THE UNITED STATES,**

**Defendant.**

Case No. 19-1766C

Judge Richard A. Hertling

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Amir Hekmati in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order of Judgment entered in this action on
(describe document being appealed; e.g. final judgment, order)

May 28, 2021.
(filed date of document being appealed)

/s/ Emily P. Grim
(Signature of Appellant or Attorney)

Emily P. Grim
(Printed Name)

700 Pennsylvania Ave., S.E., #400
(Street Address)

Washington, D.C. 20003
(City, State, ZIP Code)

(202) 772-3926
(Phone Number)